DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RITA MARIE PEREIRA,**
Appellant,

v.

**STEVEN ROBERT BRADFORD** and **C.B.,** a Child,
Appellees.

Nos. 4D2023-1652 and 4D2023-2278

[August 22, 2024]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Francis Viamontes, Judge; L.T. Case Nos. FMCE16-010222 and DVCE 22003002.

Raimondo Gugliotta of the Law Office of Raimondo Gugliotta, P.A., Miami, for appellant.

Joseph Andrew Costello of Costello Law, LLC, Plantation, for appellees.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***